**William WARRIOR and Leatrice Tanner Brown, Plaintiffs–Appellants,**

**and**

**Harvest Institute Freedman Federation and Black Indians Legal Defense and Educational Fund, Plaintiffs,**

**v.**

**UNITED STATES, Defendant–Appellee.**

No. 2012–5118.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2013.

William C. Wilkinson, of Columbus, OH, argued for plaintiffs-appellants.

Elizabeth Ann Peterson, Attorney, Environment & Natural Resources Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief was Robert G. Dreher, Acting Assistant Attorney General.

MOORE, SCHALL, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**